# Exhibit "A"

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of SAN BERNARDINO
### DEPARTMENT OF PUBLIC HEALTH
351 N. MT. VIEW AVENUE, SAN BERNARDINO, CALIFORNIA 92415-0010

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3201736008441
LOCAL REGISTRATION NUMBER:

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | BETTY |
| 2. MIDDLE | JO |
| 3. LAST (Family) | LOZANO |
| 4. DATE OF BIRTH | 09/16/1982 |
| 5. AGE Yrs. | 34 |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | TX |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH | 07/26/2017 |
| 8. HOUR | 2311 |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC/LATINO | YES – MEXICAN |
| 16. DECEDENT'S RACE | MEXICAN |
| 17. USUAL OCCUPATION | CASHIER |
| 18. KIND OF BUSINESS/INDUSTRY | RESTAURANT |
| 19. YEARS IN OCCUPATION | 0 |
| 20. DECEDENT'S RESIDENCE | 17827 TAHOE COURT |
| 21. CITY | ADELANTO |
| 22. COUNTY/PROVINCE | SAN BERNARDINO |
| 23. ZIP CODE | 92301 |
| 24. YEARS IN COUNTY | 4 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | MARIA STOFFLET, MOTHER |
| 27. INFORMANT'S MAILING ADDRESS | 9300 S. REDWOOD ROAD, APT. 711, WEST JORDAN, UT 84088 |
| 31. NAME OF FATHER/PARENT – FIRST | JAMES |
| 32. MIDDLE | PATRICK |
| 33. LAST | DANIEL |
| 34. BIRTH STATE | TX |
| 35. NAME OF MOTHER/PARENT – FIRST | MARIA |
| 36. MIDDLE | THERESA |
| 37. LAST (BIRTH NAME) | LOZANO |
| 38. BIRTH STATE | NY |
| 39. DISPOSITION DATE | 08/07/2017 |
| 40. PLACE OF FINAL DISPOSITION | RES MARIA STOFFLET, 9300 S. REDWOOD ROAD, APT. 711, WEST JORDAN, UT 84088 |
| 41. TYPE OF DISPOSITION(S) | CRE/RES/TRA/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | ARROWHEAD AFTERCARE |
| 45. LICENSE NUMBER | FD1552 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MAXWELL OHIKHUARE, MD |
| 47. DATE | 08/07/2017 |
| 101. PLACE OF DEATH | VICTOR VALLEY GLOBAL MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | ER/OP |
| 104. COUNTY | SAN BERNARDINO |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 15248 ELEVENTH STREET |
| 106. CITY | VICTORVILLE |
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE | PENDING |
| 108. DEATH REPORTED TO CORONER? | YES – 701705217 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 113A. IF FEMALE, PREGNANT IN LAST YEAR? | UNK |
| 119. MANNER OF DEATH | Pending Investigation |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | LORETTA YNOJOS |
| 127. DATE | 08/04/2017 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | LORETTA YNOJOS, DEP CORONER |

STATE REGISTRAR: A B C D E

*019001003627988*

## CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO } SS

DATE ISSUED: AUG 0 9 2017

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, SAN BERNARDINO DEPARTMENT OF PUBLIC HEALTH.



MAXWELL OHIKHUARE, M.D.
COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS



*0025778 03*



This copy not valid unless prepared on engraved border displaying the date, seal and signature of Registrar.

PHSCD (Rev 04/12)

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE