E-FILED
MAR - 1 2018
Document # _____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA STOFFLET; H.L., a minor, by and through her guardian *ad litem* Juan Lozano; N.L., a minor, by and through her guardian *ad litem* Christopher Lopez, in each case individually and as a successor in interest to Betty Lozano, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 5:18-cv-00279-PSG (KKx)<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF JUAN LOZANO FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF H.L., SUCCESSOR IN INTEREST TO BETTY LOZANO<br><br>[Application for Appointment and Consent of Nominee filed concurrently herewith] |

# ORDER APPOINTING GUARDIAN AD LITEM

The Court, having considered the application of Juan Lozano for appointment as Guardian *ad Litem* for H.L., who is a minor plaintiff in the above-referenced action, and good cause appearing, HEREBY ORDER that Juan Lozano be appointed Guardian *ad Litem* for H.L. in the above-referenced action.

IT IS SO ORDERED.

Dated: 2/20/18

UNITED STATES DISTRICT COURT

Hon. Philip S. Gutierrez
United States District Judge

-1-
[PROPOSED] ORDER GRANTING APPLICATION OF JUAN LOZANO FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF H.L., SUCCESSOR IN INTEREST TO BETTY LOZANO