LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
Email: rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for Plaintiffs

SHANNON L. GUSTAFSON – SBN 228856
sgustafson@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for COUNTY OF SAN BERNARDINO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA STOFFLET; H.L., a minor, by and through her guardian *ad litem* Juan Lozano; N.L., a minor by and through her guardian *ad litem*, Christopher Lopez, in each case individually and as a successor in interest to Betty Lozano, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO and DOES 1 – 10, inclusive,<br><br>Defendant. | CASE NO. 5:18-cv-00279-PSG-KK<br><br>*Assigned for All Purposes to:*<br>*Hon. Philip S. Gutierrez, Courtroom 6A*<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)** |

1
**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)**

The parties hereto, by and through their respective counsel, hereby stipulate and agree as follows:

1. The above-captioned action is dismissed with prejudice by Plaintiffs as against all Defendants, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2. In exchange for the terms and conditions set forth in the parties' executed settlement agreement and the Order approving the Minor's Compromise, Plaintiffs hereby release each Defendant, and their respective officers, employees, representatives, attorneys, and all persons acting by, through, under or in concert with them, from any claims, demands, causes of action, costs, fees, and damages which Plaintiffs may have arising from the facts giving rise to this litigation.

3. In exchange for the terms and conditions set forth in the parties' executed settlement agreement and the Order approving the Minor's Compromise each Defendant hereby releases Plaintiffs and their representatives, attorneys, and all persons acting by, through, under or in concert with them, from any and all claims and counter/cross-claims, demands, causes of action, costs, fees, and damages which Defendants may have arising from the facts giving rise to this action, and from any and all claims and counter/cross-claims that Defendants may have based upon or arising from the filing of this action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

1

**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)**

**IT IS SO STIPULATED.**

DATED: May 3, 2018

**LYNBERG & WATKINS**
A Professional Corporation

By: */S/ Shannon L. Gustafson*
**SHANNON L. GUSTAFSON**
Attorneys for Defendants

DATED: May 3, 2018

**LAW OFFICES OF DALE GALIPO**

By: */S/ Renee Masongsong*
**RENEE MASONGSONG**
Attorneys for Plaintiffs

2
**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)**

4831-7099-9141, v. 1